JS 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL ANDRADE HEBERT LARA, ) | Case No.:  CV 10-6471 DSF (Ex) |
| Plaintiff, ) | |
| vs. ) | JUDGMENT |
| BANK OF AMERICA, N.A., ) | |
| Defendant. ) | |
| _____ ) | |

The Court, the Honorable Dale S. Fischer, District Judge, Presiding, having ordered that the complaint be dismissed and Plaintiff having failed to amend her complaint in the time allowed by the Court,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: ___12/1/10_____        _____
                                                                    Dale S. Fischer
                                                                    United States District Judge